**P-SEND**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Greenway Home Products**<br><br>Plaintiff(s),<br><br>v.<br><br>**JM Express Inc.,**<br><br>Defendant(s). | NO. **CV 09-01499 SJO (AGRx)**<br><br>**ORDER OF DISMISSAL**<br>**BY LACK OF PROSECUTION** |

WHEREAS Plaintiff was ordered to show cause in writing by not later than July 6, 2009, why this action should not be dismissed for lack of prosecution. The Court indicated that it would consider the filing of the Proof of service of summons and complaint as an appropriate response to this Order to Show Cause, on or before the above date.

Additionally, the Court indicated that failure to respond to the Court's Order may result in the dismissal of the action. As of today's date plaintiff has failed to respond to the order to show cause. Accordingly, the Court dismisses this action.

July 7, 2009

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE